160 A.3d 790

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Raymond Franklin PEAKE, III, Petitioner**

**No. 454 MAL 2016**

Supreme Court of Pennsylvania.

November 8, 2016

## ORDER

PER CURIAM

**AND NOW**, this 8th day of November, 2016, the Petition for Allowance of Appeal is **DENIED**.

Justice Mundy did not participate in the consideration or decision of this matter.